UNITED STATES of America v. Rose RODBERG, Appellant.

No. 10511.

United States Court of Appeals Third Circuit.

Argued Nov. 12, 1951.

Decided Nov. 27, 1951.

George R. Sommer, Newark, N. J., for appellant.

Charles J. Tyne, Asst. U. S. Atty., Newark, N. J., (Grover C. Richman, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

We have carefully considered the contentions advanced by the appellant in her brief and oral argument but find them to be without merit. The judgment of the district court will accordingly be affirmed.

UNITED STATES of America ex rel. Joseph LORENZO, Appellant v. COMMONWEALTH OF PENNSYLVANIA; Dr. J. W. Claudy, Warden, Western State Penitentiary

No. 10535.

United States Court of Appeals Third Circuit.

Submitted Nov. 12, 1951.

Decided Nov. 29, 1951.

Joseph Lorenzo, pro se.

No briefs in opposition to appellant's briefs were filed.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

Our examination of the record in this case having disclosed no error the order of the district court denying the relator's application for a writ of habeas corpus will be affirmed.